IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| E.C. and T.C., Individually, and As Parents and Next Friends of J.C.,<br><br>Plaintiffs<br><br>v.<br><br>LITTLE ROCK SCHOOL DISTRICT,<br><br>Defendant | § § § § § § § § § § § § § | CASE NO.<br>4:23-CV-00176-JM |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, E.C. and T.C., and for their Motion to Dismiss With Prejudice state:

1. This case involved two (2) claims brought by Parents, E.C. and T.C., arising from two (2) administrative Hearings brought under the Individuals with Disabilities Education Act, "IDEA," 20 U.S.C. §1400, et seq.

2.      Specifically, following an Administrative Hearing conducted under the direction of the Arkansas Department of Education and pursuant to IDEA, 20 U.S.C. § 1400 et seq., the Parents filed their first claim seeking attorney's fees and costs as a "prevailing party" under the IDEA. See 20 U.S.C. § 1415(i)(3)(B)(i).

3.      Thereafter, Parents filed their First Amended Complaint on adding an additional claim seeking review of a Final Decision issued by an Administrative Hearing Officer in a second proceeding denying them private school placement at public expense pursuant to the IDEA, 20 U.S.C. §1412.

4.      Pursuant to the Court's Scheduling Order (Doc 8), the Parties submitted a stipulated Administrative Record, after which time the Plaintiffs moved for Judgment on the Record, with both Parties submitting Motions, Briefs, and Statement of Facts in support of their positions.

5.     On September 6, 2024, the Court entered an Order affirming the Hearing Officer's Decision denying the Plaintiffs private school tuition in Due Process Hearing Case H-23-10.

6.     As to the Parents remaining claim for attorney's fees as to Count 1 of Plaintiff's Amended Complaint, the Court stated that the parties have not briefed the issue of attorneys' fees. "The Court will consider briefing on the issue of attorneys' fees in H-22-34. However, the Parents are not the prevailing parties in H-23-10, and attorneys' fees incurred in the litigation of this complaint will not be awarded."

7.     On 9/19/2024 Plaintiffs submitted their attorneys fees associated with the Administrative Hearing (H-22-34) contained in Count 1 of their Amended Complaint to the District in hopes of resolving the remaining issue without further litigation.

8.     On 9/26/24, Plaintiffs filed a Status Report notifying the Court of their intent to resolve the attorney fee issue without further litigation, and would notify the Court so that their Complaint could be finally dismissed with prejudice.

9.      The Parties have been able to agree to the amount of attorneys fees to be awarded to Plaintiffs as the prevailing party at the Administrative Hearing (H-22-34) contained in Count 1 of their Amended Complaint, which amount has been fully satisfied by the District, so that this case can be dismissed with prejudice and the case closed.

WHEREFORE, the Plaintiffs request that the Court enter an Order dismissing their Complaint with prejudice and terminating this litigation.

Respectfully submitted,

Theresa L. Caldwell

Arkansas Bar Number 91163
Attorney for Plaintiffs
CALDWELL LAW OFFICE
14 Alban Lane
Little Rock, Arkansas 72223
Tel.: 501-414-0434
Email: theresa@specedattorney.com