IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**E.C. and T.C., Individually, and As Parents**
**and Next Friends of J.C.**                                              **PLAINTIFFS**

**V.**                                       **NO. 4:23CV176-JM**

**LITTLE ROCK SCHOOL DISTRICT**                                  **DEFENDANT**

## ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 20th day of December, 2024.

_____
James M. Moody Jr.
United States District Judge